JENNIE FEINSTEIN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Appeal — unanimous affirmance of judgment entered upon order of trial court setting aside verdict and directing dismissal of complaint — appeal, without permission, to Court of Appeals dismissed.*

*Feinstein v. City of New York, 203 App. Div. 854, appeal dismissed.*
(Submitted November 26, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial deprtment, entered November 21, 1922, which unanimously affirmed a judgment in favor of defendant entered upon an order of the court at a Trial Term granting a motion by

defendant to set aside a verdict in favor of plaintiff and for a dismissal of the complaint.

*Barnett E. Kopelman* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Willard S. Allen, James P. O'Connor* and *William H. Kehoe* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.